Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LAUREN SCHAUBACH and AUSTIN AUSSIEKER, on behalf themselves and all others similarly situated** | ) | Case No. 8:21-cv-01024-CJC-ADS |
| **Plaintiffs,** | ) | **NOTICE OF SETTLEMENT** |
| **v.** | ) | |
| **PARKMOBILE LLC, PARKMOBILE USA, INC., and DOES 1-10 Inclusive,** | ) | |
| **Defendants.** | ) | |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates, including Defendants' Motion to Dismiss and Motion to Transfer, and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal

will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of November, 2021.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 18th day of November, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

And all Counsel of Record as recorded on the electronic service list.

This 18th day of November, 2021.

s/Todd M. Friedman
Todd M. Friedman